FILED
March 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002455598

Andrew D. Smith, State Bar Number 189370
Attorney at Law
115 W. Walnut # 3
Lodi, CA 95240
Telephone: (209) 333-9292
Fax: (209) 367-8884

Attorney for Debtors
Ricky Allen Witt and
Gayle N. Witt

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA

In Re:

Ricky Allen Witt and
Gayle N. Witt

Debtors

Case No. 10-22558-D-7

Chapter 7

DCN: ADS-02

MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S BUSINESS AS ASSET OF ESTATE (11 USC 544(B), 721)

Date: April 14, 2010
Time: 10:00 a.m.
Courtroom: Courtroom 34
Honorable Judge Robert S. Bardwil

MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTORS' BUSINESS AS AN ASSET OF THE ESTATE

Debtors RICKY ALLEN WITT and GAYLE N. WITT by and through their attorney of record, Andrew D. Smith, hereby bring a Motion to Compel Trustee to Abandon the Estate's

Motion for Order to Compel Abandonment

Interest in Debtors' Businesses pursuant to 11 U.S.C.S. §§ 554(b) and 721 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

By this motion Debtors request that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in Debtors' businesses on the following grounds.

1. Debtor's businesses does not possess or own any assets that might be liquidated for value to benefit creditors and is therefore of inconsequential benefit to the estate and;

2. The retention and operation of the businesses by the Trustee would be burdensome and costly to the estate and the creditors thereof.

Said grounds will be supported by this notice of motion, by the motion filed herewith, by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if and filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion, and interested parties are advised to review to court's file at the Office of the Clerk, 501 I Street, Suite 3-200, Sacramento, CA 95814.

DATED: 3-2-2010

Andrew D. Smith, Attorney at Law

Andrew D. Smith
Attorney for Debtor