FILED
March 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002455602

Andrew D. Smith, State Bar Number 189370
Attorney at Law
115 W. Walnut # 3
Lodi, CA 95240
Telephone: (209) 333-9292
Fax: (209) 367-8884

Attorney for Debtors
Ricky Allen Witt and
Gayle N. Witt

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT COURT OF CALIFORNIA

In Re;

Ricky Allen Witt and
Gayle N. Witt

Debtors

Case No. 10-22558-D-7

Chapter 7

DCN: ADS-02

DECLARATION OF GAYLE N. WITT IN SUPPORT OF MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S BUSINESS AS ASSET OF ESTATE (11 USC 544(B), 721)

Date: April 14, 2010
Time: 10:00 a.m.
Courtroom: 34 Sacramento
Honorable Judge Robert S. Bardwil

## DECLARATION OF GAYLE N. WITT

I, Gayle N. Witt, in support of the instant Motion, hereby declare under penalty of perjury under the laws of the State of California the following:

---

Declaration in Support of Motion for order compelling trustee to abandon debtor's business as asset of estate (11 USC 544(b), 721)

1. I have personal knowledge of this declaration herein, and am willing and competent to testify thereto if called upon to do so.

2. I am a citizen of the State of California, San Joaquin County, and am one of the debtors in the above referenced Chapter 7 bankruptcy case. I am aware that the Chapter 7 trustee has a duty to liquidate all assets of estate for purposes of creditor payment and submit this declaration for purposes of compelling the trustee to abandon as an asset "Nails By Gayle", my personal business, as it does not maintain any monetary value for the estate and it would be impracticable for the estate to operate.

3. I currently operate Nails By Gayle, as a sole proprietor. The business involves the installation of concrete.

4. The business currently maintains an estimated monthly net income of $1,512.50 per month as follows:

    a. The average monthly gross revenue of the Business is $2,274.00

    b. The average monthly expenses and costs are $761.50

5. The Business does not maintain any assets that could be liquidated or sold for a monetary value:

    a. The business has various inventory for operating this business valued at $500 on Schedule B of my bankruptcy petition and this amount is also personally exempted in the bankruptcy schedules.

    b. The real property that the business occupies is a nail station based on a month to month tenancy located at 111 N Church Street, Lodi CA 95240.

    c. The business does not have any accounts receivable at this time.

    d. The business has no employees

---

Declaration in Support of Motion for order compelling trustee to abandon debtor's business as asset of estate (11 USC 544(b), 721)

6. The only value in the business is the performance of the actual manicures.

7. The business is my primary means of earning a living and my ability to maintain the business personally is essential for our fresh-start.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed the 2nd of March 2010 at Lodi, California.

_Gayle N. Witt_
Gayle N. Witt

---

Declaration in Support of Motion for order compelling trustee to abandon debtor's business as asset of estate (11 USC 544(b), 721)